IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOE LESTER PENNINGTON, #162734,   )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>MAYOR OF PIKE COUNTY, *et al.*,   )<br>)<br>Defendants.   ) | CIV. ACT. NO.  2:11cv781-TMH<br>(WO) |

**OPINION and ORDER**

On September 30, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 4).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED with prejudice prior to service of process in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i-ii).

Done this the 27th  day of October 2011.

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE